AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
## ORIGINAL
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>16310 MARVENE DRIVE,<br>HACIENDA HEIGHTS, CALIFORNIA | )<br>)<br>) Case No.  2:18-MJ-03083<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Central    District of    California   
*(identify the person or describe the property to be searched and give its location)*:

   See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
   See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.  Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

YOU ARE COMMANDED to execute this warrant on or before    14 days from the date of its issuance   
                                                                                           *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
                                                   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/20/2018 at noon          _____John E. McDermott_____
                                                                                 *Judge's signature*

City and state:   Los Angeles, California          Honorable John E. McDermott, U.S. Magistrate Judge
                                                                          *Printed name and title*

AUSA: Andrew Brown, 11th Floor, x0102

Case 2:18-mj-03083-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 11/20/18   Page 2 of 50   Page ID #:51

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:18-MJ-03083 | Date and time warrant executed: 11/28/18  6:30 am | Copy of warrant and inventory left with: On kitchen table |
| Inventory made in the presence of: Valerie Arribeno ||| 
| Inventory of the property taken and name of any person(s) seized: [Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.] |||

See attached Search Warrant Inventory for 16310 Marvene Dr. Hacienda Heights, California (3 pages)

Case # 2382588-R1

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 11/30/2018

_____
Executing officer's signature

Lynette Thompson   US Postal Inspector
Printed name and title



# United States Postal Inspection Service
## Property Evidence Acquisition Program (PEAP)

Report Name: **Search Warrant Inventory for Case 2382588-RI**

Requestor: USPIS\KLShen

**Restricted Information**

Subject Name: Ramon Arribeno
Subject Address: 16310 Marvene Dr Hacienda Heights
Inspector: KELLY L SHEN
Case Number: 2382588-RI

Acquisition Date: 11/28/2018

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| IS00001429170 | Bank info | Vehicles |
| IS00001429173 | Seagate Desktop drive SN:Z4D2XN5Z | Vehicles |
| IS00001429176 | bank records | |
| IS00001429177 | Mortgage and home renovation docs | Room C |
| IS00001429211 | iPad S/N DQTJP3BNF193 | Room J - Nightstand next to bed |
| IS00001429212 | Rolex watch | Room G - top middle drawer |
| IS00001429213 | Corum watch | Room G |
| IS00001429214 | US Coins | Room G |
| IS00001429215 | Rado watch Jubile | Room G |
| IS00001429216 | Rolex watch | Room G - top middle drawer |



United States Postal Inspection Service

Property Evidence Acquisition Program (PEAP)

Restricted Information
Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

Subject Name: Ramon Arribeno
Subject Address: 16310 Marvene Dr Hacienda Heights
Inspector: KELLY L SHEN
Case Number: 2382588-RI

Acquisition Date: **11/28/2018**

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| IS0001429217 | Premier mailing financial statements | Room G |
| IS0001429218 | Golden 1 credit union docs - Chase bank and BOA docs | Room G |
| IS0001429219 | Various identification documents | Room G |
| IS0001429220 | bank documents / Premier financial statements | Room G |
| IS0001429221 | Day planner | Room G |
| IS0001429222 | Empty envelopes that contained currency inside them. Note: envelopes are empty. | Room G |
| IS0001429223 | Various credit cards / SSN card / CDL / Passport card | Room G |
| IS0001429227 | Banking documents / miscellaneous papers / handwritten notes | Vehicles |
| IS0001429228 | iPad S/N: DMPR94VVNGXQ4 | Room G - Top of Dresser |
| IS0001429229 | iPhone S/N DNPWHX9JCLG | Room G - Top of Dresser |



# United States Postal Inspection Service
## Property Evidence Acquisition Program (PEAP)

Report Name: **Search Warrant Inventory for Case 2382588-RI**

Restricted Information

Requestor: USPIS\KLShen

Subject Name: Ramon Arribeno
Subject Address: **16310 Marvene Dr Hacienda Heights**
Inspector: **KELLY L SHEN**
Case Number: **2382588-RI**

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| **Acquisition Date:** | **11/28/2018** | |
| IS00014929230 | iPad S/N GCGVP4ENHLJK | Room G - Black bag on floor next to dresser |
| IS00014929231 | iPhone S/N FCJSM16CHFXX | Room G - Black bag on floor next to dresser |
| IS00014929232 | Safe deposit box keys | Room G |
| **Acquisition Date:** | **11/29/2018** | |
| IS00014929224 | Wells Fargo Cashier's check for $885 | Room G - wallet on top of dresser |
| IS00014929225 | Wells Fargo Cashier's check for $43,825 | Room G inside black bag on floor next to dresser |
| IS00014929226 | Wells Fargo cashier's check for $1,300 | Room J - Dresser next to bed |

**Total Evidence: 26**